

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CHARLENE JAMES,
Individually and on Behalf of All Other Persons
Similarly Situated,

                Plaintiffs,

    - against -

T&H SECURITY, INC., CITADEL SPECIAL
EVENTS SERVICES, INC., THOMAS
FERRARA, TYRONE A. YORIS and JOHN
DOES #1-10, Jointly and Severally,

                Defendants.
----------------------------------------X

ECF
08 Civ. 1457(RWS)(KNF)

**STIPULATION AND TOLLING AGREEMENT**

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff CHARLENE JAMES, Individually, and on Behalf of All Other Persons Similarly Situated ("Plaintiff") and Defendants T&H SECURITY, INC., CITADEL SPECIAL EVENTS SERVICES, INC., THOMAS FERRARA, REIDA FERRARA, TYRONE A. YORIO[1] (together "Defendants"), through their undersigned attorneys, that the Defendants' time to answer, move, or otherwise respond to the Complaint in this matter shall be extended for 10 days from March 10, 2008 to and including March 20, 2008 and that Defendants waive any defense based on lack of personal jurisdiction and/or improper or defective services of process.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

---

[1] This is the correct spelling of Defendant's name.

DATED:   March 10, 2008

_____
William C. Rand (WR 7685)
LAW OFFICE OF WILLIAM COLDER 1 RAND
711 Third Avenue, Suite 1505
New York, New York 10017
Telephone: (212) 286-1425
Facsimile: (212) 599-7909
Attorneys for Plaintiff

_____
Darrell S. Gay (DSG 6037)
Arent Fox LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990
E-mail: darrell.gay@arentfox.com
Attorneys for Defendants

SO ORDERED THIS 13
DAY OF March 2008

_____
U.S.D.J.