UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
CHARLENE JAMES, Individually and on behalf of
all other persons similarly situated

                          Plaintiffs,

      -against-

T&H SECURITY, INC., CITADEL SPECIAL
EVENTS SERVICES, INC., THOMAS FERRARA,
REIDA FERRARA, TYRONE A. YORIS, and JOHN
DOES #1-10, Jointly and Severally.
                          Defendants.
---------------------------------------------------------------x

08 Civ. 1457 (RWS)(KNF)

DEFENDANTS' DISCLOSURE
PURSUANT TO RULE 7.1 OF
THE FEDERAL RULES OF
CIVIL PROCEDURE

           **PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**, the undersigned counsel of record for Defendants T&H Security, Inc., Citadel Special Events Services, Inc., Thomas Ferrara, Rita Ferrara, and Tyrone A. Yorio certify that Defendants T&H Security, Inc. and Citadel Special Events Services, Inc. do not have any outstanding securities in the hands of the public, and that there is no parent company that has outstanding securities in the hands of the public.

Dated:    April 9, 2008
            New York, New York

                                              Respectfully Submitted

                                              ARENT FOX LLP

                                              By: _____
                                              Darrell S. Gay (DSG/6037)
                                              Sonya D. Johnson (SDJ/9509)
                                              1675 Broadway – 34th Floor
                                              New York, New York 10019
                                              212-484-3900
                                              Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on this date I caused a copy of the foregoing Defendants' Answer & Affirmative Defenses and Defendants' Rule 7.1 Statement to be served on plaintiffs by hand to plaintiffs' counsel, William C. Rand, Esq. 711 Third Avenue, Suite 1505, New York, NY 10017 and Jeffrey M. Gottlieb, Esq., Berger & Gottlieb, 150 East 18th Street, Suite PHR, New York, New York 10003.

Dated: April 9, 2008
       New York, New York

By: _/s/ Sonya D. Johnson_
Sonya D. Johnson
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820