## DECLARATION OF PLAINTIFF CHARLENE JAMES

I, **CHARLENE JAMES**, hereby declare under penalty of perjury under the laws of the United States of America that the following is true:

1.      I was a security guard worker employed by T&H Security, Inc., Citadel Special Events Services, Inc. and their owners/managers, Thomas Ferrara, Reida Ferrara, and Tyrone A. Yoris (together "Defendants") from on or about January 2003 until on or about January 9, 2008 (the "time period").

2.      I worked as a security guard for Defendants at a number of locations including but not limited to: The Jacob Javitz Center (located at 34th Street and 11th Ave.), Piers 92 and 94 (located on 54th street and 12th Ave.), The Nokia Theatre located at about 43rd Street), The Metropolitan Pavilion, and Bryant Park (located at 42nd Street between 5th and 6th Avenues).

3.      Upon information and belief I worked for Defendants with at least 40 other similar security guard employees who had the same duties as myself.

4.      My duties did not include managerial responsibilities or the exercise of independent business judgment.

5.      During the time period, I worked an average of 60 hours per week.

6.      Defendants first paid me an hourly wage of from $10.00 per hour and then on or about June 2007 increased my hourly rate to $11.00.

7.      Defendants did not pay me time and one half for any of my hours worked over 40 in a week ("overtime").

8.      Defendants did not pay me my regular hourly rate for all of the hours that I worked.

1

9.    I was required to wear a uniform provided by the Defendants but was never paid for the cost of cleaning the uniform.

10.   I was signed in and out by my supervisor in a daily log book kept by Defendants. Often my supervisor signed me out as of a time which was earlier than the time that I actually stopped working. Accordingly, the sign-out sheets often did not reflect the time that I actually signed out.

11.   I have attached as Exhibit A a copy of certain of my payroll receipts and time records, demonstrating that I was not paid by Defendants for all my hours worked and was not paid by Defendants time and one half for my overtime hours worked.

12.   In addition to myself, during the time period, I am aware and have personal knowledge of other persons employed by Defendants as security guard workers who performed the same or similar work as myself. Upon information and belief, Defendants hired at least 40 of such similar security guard workers.

13.   I and the other similar security guard employees regularly worked more than 40 hours per week for Defendants.

14.   I and these other similar security guard employees worked more than 40 hours per week and were not paid time and one half for our overtime hours.

15.   I know that others like me worked overtime and were not paid overtime by Defendants because I observed the other security guard employees working more than 40 hours in a week and discussed the issue with certain of these other similar security guard employees, who said that they worked more than 40 hours per week and that Defendants did not pay them time and one half their regular hourly rate for their overtime hours and did not pay them even at their regular hourly rate for all the hours that they worked. They

2

all have stated to me that they worked as security guard workers for Defendants and worked more than 40 hours per week and were not paid time and one half for their hours worked over 40 in a workweek.

16.    I repeatedly complained to my supervisor, Ian, about not being paid time and one half for overtime. He told me that Defendants had a policy not to pay overtime at time and one half to any security guard employees and said that I was not entitled to overtime because I worked for a private company.

17.    Throughout the time period that I worked at Defendants, and, upon information and belief, both before that time and continuing until the present, Defendants have likewise employed other individuals, like myself, in positions as security guard workers.

18.    Such individuals have worked in excess of 10 hours per day and/or 40 hours a week, yet the Defendants have likewise willfully failed to pay them overtime compensation of one and one-half times their regular hourly rate.

Dated: March 14, 2008                          CHARLENE JAMES

3

# EXHIBIT A

# TO

# DECLARATION OF PLAINTIFF CHARLENE JAMES



# Earnings Statement

Period Ending:    04/04/2006
Pay Date:         04/14/2006

CO.   FILE    DEPT.    CLOCK  NUMBER   040
HGM   008066  001              000001950  1

CITADEL SPECIAL EVENTS SERVICE
34 91ST STREET
BROOKLYN, NY 11209

CHARLENE JAMES
1115 CLAY AVE #5H
BRONX, NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:  3
State:    3
Local:    3

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 103.00 | 1,030.00 | |
| Gross Pay | | | $1,030.00 | 6,291.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -67.95 | 124.87 |
| | Social Security Tax | -63.86 | 390.04 |
| | Medicare Tax | -14.94 | 91.22 |
| | NY State Income Tax | -30.18 | 72.68 |
| | New York Cit Income Tax | -19.46 | 52.86 |
| | NY SUI/SDI Tax | -1.20 | 15.48 |
| | Net Pay | $832.41 | |

Your federal taxable wages this period are
$1,030.00

© 1991 ADP, Inc.



# Earnings Statement

CO.   FILE   DEPT.   CLOCK   NUMBER   040
HQM   008066   001          0000002173   1

Period Ending:    06/19/2006
Pay Date:    06/30/2006

CITADEL SPECIAL EVENTS SERVICE
34 91ST STREET
BROOKLYN, NY 11209

CHARLENE JAMES
1115 CLAY AVE #5H
BRONX, NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:   3
State:   3
Local:   3

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 17.00 | 170.00 | 7,846.00 |
| Gross Pay | | | $170.00 | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -10.54 | 486.45 |
| | Medicare Tax | -2.47 | 113.77 |
| | NY SUI/SDI Tax | -0.85 | 20.98 |
| | Federal Income Tax | | 130.10 |
| | NY State Income Tax | | 78.73 |
| | New York Cit Income Tax | | 57.64 |
| | Net Pay | $156.14 | |

Your federal taxable wages this period are $170.00







# Earnings Statement

| | |
|---|---|
| Period Ending: | 06/23/2006 |
| Pay Date: | 06/30/2006 |

CO. FILE DEPT. CLOCK NUMBER D4D
HGM 008066 001 0000002163 1

CITADEL SPECIAL EVENTS SERVICE
34 91ST STREET
BROOKLYN, NY 11209

**CHARLENE JAMES**
**1115 CLAY AVE #5H**
**BRONX, NY 10456**

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 3
State: 3
Local: 3

Social Security Number: XXX-XX-4139

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 53.50 | 535.00 | 7,676.00 |
| **Gross Pay** | | | **$535.00** | |

## Deductions

| Statutory | this period |
|---|---|
| Federal Income Tax | -5.23 |
| Social Security Tax | -33.17 |
| Medicare Tax | -7.76 |
| NY State Income Tax | -6.05 |
| New York Cit Income Tax | -4.32 |
| NY SUI/SDI Tax | -1.20 |
| **Net Pay** | **$477.27** |

Your federal taxable wages this period are $535.00



© 2001 ADP, Inc.



# Earnings Statement

Period Ending: 07/07/2006
Pay Date: 07/14/2006

CO.  FILE  DEPT.  CLOCK  NUMBER  040
HGM  008066  001       0000002214  1

*CITADEL SPECIAL EVENTS SERVICE*
*34 91ST STREET*
*BROOKLYN, NY 11209*

**CHARLENE JAMES**
**1115 CLAY AVE #5H**
**BRONX, NY 10456**

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 3
State: 3
Local: 3

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 10.0000 | 46.00 | 460.00 | 8,306.00 |
| Gross Pay | | | $460.00 | |

| Deductions | this period | year to date |
|------------|-------------|--------------|
| **Statutory** | | |
| Social Security Tax | -28.52 | 514.97 |
| Medicare Tax | -6.67 | 120.44 |
| NY State Income Tax | -3.05 | 81.78 |
| New York Cit Income Tax | -2.89 | 60.53 |
| NY SUI/SDI Tax | -1.20 | 22.18 |
| Federal Income Tax | | 130.10 |
| **Net Pay** | $417.67 | |

Your federal taxable wages this period are $460.00

**ADP®**

# Earnings Statement

CO.  FILE  DEPT.  CLOCK  NUMBER  040
HGM  008066  001          0000002254  1

CITADEL SPECIAL EVENTS SERVICE
34 91ST STREET
BROOKLYN, NY 11209

Period Ending:    07/13/2006
Pay Date:         07/28/2006

CHARLENE JAMES
1115 CLAY AVE #5H
BRONX, NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:  3
State:    3
Local:    3

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 53.00 | 530.00 | 8,836.00 |
| **Gross Pay** | | | **$530.00** | |



| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -4.73 | 134.83 |
| | Social Security Tax | -32.86 | 547.83 |
| | Medicare Tax | -7.68 | 128.12 |
| | NY State Income Tax | -5.85 | 87.63 |
| | New York Cit Income Tax | -4.22 | 64.75 |
| | NY SUI/SDI Tax | -1.20 | 23.38 |
| | **Net Pay** | **$473.46** | |

Your federal taxable wages this period are $530.00




**ADP**®

# Earnings Statement

Period Ending:   09/15/2006
Pay Date:        09/22/2006

CO.   FILE   DEPT.   CLOCK NUMBER   040
HGM   008066  001    0000002463   1

CITADEL SPECIAL EVENTS SERVICE
34 91ST STREET
BROOKLYN, NY 11209

CHARLENE JAMES
1115 CLAY AVE #5H
BRONX, NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  3
  State:    3
  Local:    3

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 27.00 | 270.00 | 10,411.00 |
| Gross Pay | | | $270.00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -16.74 | 645.48 |
| | Medicare Tax | -3.92 | 150.96 |
| | NY SUI/SDI Tax | -1.20 | 29.78 |
| | Federal Income Tax | | 134.83 |
| | NY State Income Tax | | 87.63 |
| | New York Cit Income Tax | | 67.11 |
| | Net Pay | $248.14 | |

Your federal taxable wages this period are $270.00



CO.  FILE    DEPT.    CLOCK  NUMBER  040
HGM  008086  001             0000002570  1

CITADEL SPECIAL EVENTS SERVICE
34 91ST STREET
BROOKLYN, NY 11209

# Earnings Statement

Period Ending:    09/22/2006
Pay Date:         10/06/2006

CHARLENE JAMES
1115 CLAY AVE #5H
BRONX, NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:  3
State:    3
Local:    3

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 62.50 | 625.00 | 11,476.00 |
| Gross Pay | | | $625.00 | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -14.23 | 149.06 |
| | Social Security Tax | -38.75 | 711.51 |
| | Medicare Tax | -9.06 | 166.40 |
| | NY State Income Tax | -9.65 | 99.53 |
| | New York Cit Income Tax | -6.09 | 75.71 |
| | NY SUI/SDI Tax | -0.22 | 31.20 |
| Net Pay | | $547.00 | |

Your federal taxable wages this period are $625.00

© 1991 ADP, Inc.



# Earnings Statement

Period Ending:    02/03/2007
Pay Date:         02/09/2007

**CHARLENE JAMES**
**115 CLAY AVE 5H**
**BROOKLYN NY 10456**

CO.    FILE    DEPT.    CLOCK    NUMBER    040
5CR    006906  001                0000226941  1

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  1
    State:    1
    Local:    1

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 12.00 | 120.00 | 1,175.00 |
| **Gross Pay** | | | **$120.00** | |

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Social Security Tax | -7.44 | | 72.85 |
| | Medicare Tax | -1.74 | | 17.04 |
| | NY SUI/SDI Tax | -0.60 | | 3.90 |
| | Federal Income Tax | | | 46.98 |
| | NY State Income Tax | | | 10.46 |
| | New York Cit Income Tax | | | 7.86 |
| | **Net Pay** | **$110.22** | | |

Your federal taxable wages this period are $120.00







**Earnings Statement**

Period Ending: 02/07/2007
Pay Date: 02/23/2007

CO.   FILE   DEPT.   CLOCK NUMBER   040
5CR   006906 001           0000227049   1

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
State:    1
Local:    1

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 50.00 | 500.00 | 1,675.00 |
| **Gross Pay** | | | **$500.00** | |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -26.73 | 67.69 |
| Social Security Tax | -31.00 | 103.85 |
| Medicare Tax | -7.25 | 24.29 |
| NY State Income Tax | -7.73 | 18.19 |
| New York Cit Income Tax | -5.12 | 12.98 |
| NY SUI/SDI Tax | -1.20 | 5.10 |
| **Net Pay** | **$420.97** | |

Your federal taxable wages this period are $500.00

**ADP**

CO.   FILE   DEPT.   CLOCK   NUMBER   040
5CR   006906   001   0000227249   1

# Earnings Statement

Period Ending:   03/17/2007
Pay Date:        03/23/2007

T & H SECURITY INC.
DB/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:  1
State:    1
Local:    1

Social Security Number: XXX-XX-4139

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 23.00 | 230.00 | 3,900.00 |
| **Gross Pay** | | | **$230.00** | |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Social Security Tax | -14.26 | 241.80 |
| Medicare Tax | -3.33 | 56.55 |
| NY $UI/SDI Tax | -1.15 | 11.63 |
| Federal Income Tax | | 170.63 |
| NY State Income Tax | | 44.46 |
| New York Cit Income Tax | | 32.47 |
| **Net Pay** | **$211.26** | |

Your federal taxable wages this period are $230.00

© 1997 ADP, INC.

# ADP®

# Earnings Statement

Period Ending:    03/19/2007
Pay Date:         03/23/2007

| CO. | FILE | DEPT. | CLOCK | NUMBER | 040 |
|-----|------|-------|-------|--------|-----|
| 5CR | 006906 | 001 | | 0000227201 | 1 |

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

**CHARLENE JAMES**
**115 CLAY AVE 5H**
**BROOKLYN NY 10456**

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:    1
State:      1
Local:      1

Social Security Number: XXX-XX-4139

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 55.50 | 555.00 | 3,670.60 |
| **Gross Pay** | | | **$555.00** | |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -33.99 | 170.63 |
| Social Security Tax | -34.41 | 227.54 |
| Medicare Tax | -8.05 | 53.22 |
| NY State Income Tax | -9.93 | 44.46 |
| New York Cit Income Tax | -6.28 | 32.47 |
| NY SUI/SDI Tax | -1.20 | 10.48 |
| **Net Pay** | **$461.14** | |

Your federal taxable wages this period are $555.00

© 1991 ADP Inc.

# Earnings Statement

CO.   FILE   DEPT.   CLOCK   NUMBER   040
5CR   006906  001                    0000227477   1

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

Period Ending:   04/28/2007
Pay Date:        05/04/2007

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:  1
State:    1
Local:    1

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 88.00 | 880.00 | |
| Gross Pay | | | $880.00 | 5,010.00 |

| Deductions | Statutory | this period |
|---|---|---|
| | Federal Income Tax | -82.74 |
| | Social Security Tax | -54.56 |
| | Medicare Tax | -12.76 |
| | NY State Income Tax | -25.86 |
| | New York City Income Tax | -16.76 |
| | NY SUI/SDI Tax | -1.20 |
| | Net Pay | $686.12 |

year to date
853.37
310.62
72.65
70.32
49.23
13.99

Your federal taxable wages this period are $880.00.



ADP

CO.   FILE   DEPT.   CLOCK   NUMBER   040
5CR   006906   001                    0000227789   1

# Earnings Statement

Period Ending:   06/22/2007
Pay Date:        06/29/2007

T & H SECURITY INC.
DBA CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:   1
State:     1
Local:     1

Social Security Number: XXX-XX-4199



Important Notes
YOUR CHECK VERIFIER HAS BEEN CHANGED FROM 10410009 TO 11.0000.

## Earnings

| | rate | Hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 75.50 | 830.50 | 7,467.50 |
| Gross Pay | | | $830.50 | 7,467.50 |

## Deductions

### Statutory

| | this period | year to date |
|---|---|---|
| Federal Income Tax | 75.32 | 465.22 |
| Social Security Tax | 51.50 | 459.27 |
| Medicare Tax | 12.04 | 107.41 |
| NY State Income Tax | 22.98 | 134.76 |
| New York City Income Tax | 14.92 | 91.29 |
| NY SUI/SDI Tax | 1.20 | 10.58 |
| Net Pay | $652.58 | |

Your federal taxable wages this period are $830.50

# Earnings Statement

CO.   FILE   DEPT.   CLOCK   NUMBER   040
SCR   006906  001             0000227815  1

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

Period Ending:   06/29/2007
Pay Date:        07/13/2007

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  State:    1
  Local:    1

Social Security Number: XXX-XX-4139



| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 50.50 | 555.50 | 7,963.00 |
| **Gross Pay** | | | **$555.50** | |

| Deductions | Statutory | | |
|---|---|---|---|
| Federal Income Tax | -34.07 | | 499.29 |
| Social Security Tax | -34.44 | | 493.71 |
| Medicare Tax | -8.05 | | 115.46 |
| NY State Income Tax | -9.95 | | 144.71 |
| New York Cit Income Tax | -6.29 | | 97.58 |
| NY SUI/SDI Tax | -1.20 | | 18.78 |
| **Net Pay** | **$461.50** | | |

Your federal taxable wages this period are $555.50

© 1991 ADP, Inc.

# ADP®

# Earnings Statement

Period Ending: 07/06/2007
Pay Date: 07/13/2007

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

CO.   FILE   DEPT.   CLOCK   NUMBER   040
5GR   006906  001            0000227843  2

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:   1
State:     1
Local:     1

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 35.00 | 385.00 | |
| **Gross Pay** | | | **$385.00** | 8,436.00 |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -15.23 | 514.52 |
| Social Security Tax | -23.32 | 523.05 |
| Medicare Tax | -6.86 | 122.32 |
| NY State Income Tax | -3.13 | 147.84 |
| New York City Income Tax | -2.93 | 100.51 |
| NY SUI/SDI Tax | -1.20 | 19.98 |
| **Net Pay** | **$326.33** | |

Your federal taxable wages this period are $385.00



**ADP**

# Earnings Statement

Period Ending: 07/12/2007
Pay Date: 07/27/2007

CO.    FILE    DEPT.    CLOCK   NUMBER   040
5CR   006906  001              0000227921   1

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  State:    1
  Local:    1

Social Security Number: XXX-XX-4139

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 52.50 | 577.50 | 9,613.50 |
| **Gross Pay** | | | **$577.50** | |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -37.37 | 561.09 |
| Social Security Tax | -35.81 | 596.04 |
| Medicare Tax | -8.38 | 139.70 |
| NY State Income Tax | -10.83 | 158.67 |
| New York City Income Tax | -6.96 | 107.47 |
| NY SUI/SDI Tax | -1.20 | 21.18 |
| **Net Pay** | **$476.95** | |

Your federal taxable wages this period are $577.50

©1998, 2006 ADP, Inc. All Rights Reserved



**ADP**

# Earnings Statement

Period Ending:  07/27/2007
Pay Date:       08/10/2007

CO.   FILE    DEPT.   CLOCK  NUMBER   040
SCR   006906  001             0000227999  1

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal:  1
   State:    1
   Local:    1

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 49.00 | 539.00 | 9,552.50 |
| Gross Pay | | | $539.00 | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -31.59 | 583.48 |
| | Social Security Tax | -33.42 | 592.26 |
| | Medicare Tax | -7.81 | 138.51 |
| | NY State Income Tax | -9.29 | 167.86 |
| | New York City Income Tax | -5.65 | 113.32 |
| | NY SUI/SDI Tax | -1.20 | 22.38 |
| | Net Pay | $449.94 | |

Your federal taxable wages this period are $539.00.

© 1997 ADP, Inc.



**ADP**

# Earnings Statement

Period Ending: 07/31/2007
Pay Date: 08/10/2007

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

CO.  FILE  DEPT.  CLOCK  NUMBER  040
5CR  006906  001      0000228041  1

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
State: 1
Local: 1

Social Security Number: XXX-XX-4189

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 60.50 | 665.50 | 10,218.00 |
| **Gross Pay** | | | **$665.50** | 10,218.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -50.57 | 634.05 |
| | Social Security Tax | -41.26 | 633.52 |
| | Medicare Tax | -9.65 | 148.16 |
| | NY State Income Tax | -14.60 | 189.56 |
| | New York Cit Income Tax | -9.68 | 125.00 |
| | NY SUI/SDI Tax | -1.20 | 23.58 |
| | **Net Pay** | **$538.54** | |

Your federal taxable wages this period are $665.50



March 17th

→

March 17th
17th
18th
19th
2008

Dver 94
Fri-Sat
←→L-L
L-L

Fri - ? - ?
Sat - ? - ?
Sun - ? - ?
Mon - ? - ?
Tues - ? - ?
Wed - ? - ?
Thur - ? ?

EWK childrens Club

1st Hall July 27th
8-7:30 = 11 hrs

28th 7:15-7:15 pm 12
29th 7:15 - 7:15 12
30th 7:15 - 7:15 12
31 7-9

Intermezzo
Sat 7:30-7:30
sun 7:30-7:30
mon 7:15-7:00
Tue 7:15-9:00

Pier collective EAK
Sun 7-7
mon 7-7
Tue 7-7
Wed 7-10 | 7:15-8:30
13 1/2 hrs

Pier 94 hrs.

49 1/2 hrs

fancy food

26th 2 Pay day
Sun 7-6:30 - 11:50
mon 7-6:45 - 11:50
tue 7-7 - 12
Wed 7-6:30 - 11:50

thur 7-12pm 5 hrs

56 1/2 hrs on thur

**Earnings Statement**

ADP®

CO.    FILE    DEPT    CLOCK NUMBER    040
5CR    006906  001           0000228747   1

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

Period Ending:    01/18/2008
Pay Date:         01/25/2008

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
    Federal:  1
    State:    1
    Local:    1

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 48.50 | 533.50 | |
| **Gross Pay** | | | **$533.50** | 533.50 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -29.83 | | 29.83 |
| Social Security Tax | -33.08 | | 33.08 |
| Medicare Tax | -7.74 | | 7.74 |
| NY State Income Tax | -9.07 | | 9.07 |
| New York Cit Income Tax | -5.75 | | 5.75 |
| NY SUI/SDI Tax | -1.20 | | 1.20 |
| **Net Pay** | **$446.83** | | |

Your federal taxable wages this period are $533.50

©1998, 2006. ADP, Inc. All Rights Reserved.

TEAR HERE