William C. Rand, Esq. (WR-7685)
LAW OFFICE OF WILLIAM COUDERT RAND
711 Third Ave., Suite 1505
New York, New York 10017
(Phone) (212) 286-1425; (Fax)(212) 599-7909
Co-counsel
Jeffrey M. Gottlieb, Esq. (JG-7905)
Berger & Gottlieb
150 East 18th Street, Suite PHR
New York, New York 10003
Tel: (212) 228-9795
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
CHARLENE JAMES,                              :        ECF
Individually and on Behalf of All Other Persons  :    08 Civ. 1457 (RWS)(KNF)
Similarly Situated,                          :
                                             :
                        Plaintiffs,          :
                                             :
            -against-                        :
                                             :
T&H SECURITY, INC., CITADEL SPECIAL          :
EVENTS SERVICES, INC., THOMAS FERRARA,:
REIDA FERRARA, TYRONE A. YORIS and           :
JOHN DOES #1-10, Jointly and Severally,      :
                                             :
                        Defendants.          :
-------------------------------------------------------------X

## DECLARATION OF CHARLENE JAMES

## IN SUPPORT OF PLAINTIFF'S MOTION

## FOR APPROVAL OF COLLECTIVE ACTION NOTICE

## DECLARATION OF PLAINTIFF CHARLENE JAMES

I, **CHARLENE JAMES**, hereby declare under penalty of perjury under the laws of the United States of America that the following is true:

1.    I was a security guard worker employed by T&H Security, Inc., Citadel Special Events Services, Inc. and their owners/managers, Thomas Ferrara, Reida Ferrara, and Tyrone A. Yoris (together "Defendants") from on or about January 2003 until on or about January 9, 2008 (the "time period").

2.    I worked as a security guard for Defendants at a number of locations including but not limited to: The Jacob Javitz Center (located at 34th Street and 11th Ave.), Piers 92 and 94 (located on 54th street and 12th Ave.), The Nokia Theatre located at about 43rd Street), The Metropolitan Pavilion, and Bryant Park (located at 42nd Street between 5th and 6th Avenues).

3.    Upon information and belief I worked for Defendants with at least 40 other similar security guard employees who had the same duties as myself.

4.    My duties did not include managerial responsibilities or the exercise of independent business judgment.

5.    During the time period, I worked an average of 60 hours per week.

6.    Defendants first paid me an hourly wage of from $10.00 per hour and then on or about June 2007 increased my hourly rate to $11.00.

7.    Defendants did not pay me time and one half for any of my hours worked over 40 in a week ("overtime").

8.    Defendants did not pay me my regular hourly rate for all of the hours that I worked.

1

9.    I was required to wear a uniform provided by the Defendants but was never paid for the cost of cleaning the uniform.

10.    I was signed in and out by my supervisor in a daily log book kept by Defendants. Often my supervisor signed me out as of a time which was earlier than the time that I actually stopped working. Accordingly, the sign-out sheets often did not reflect the time that I actually signed out.

11.    I have attached as Exhibit A a copy of certain of my payroll receipts and time records, demonstrating that I was not paid by Defendants for all my hours worked and was not paid by Defendants time and one half for my overtime hours worked.

12.    In addition to myself, during the time period, I am aware and have personal knowledge of other persons employed by Defendants as security guard workers who performed the same or similar work as myself. Upon information and belief, Defendants hired at least 40 of such similar security guard workers.

13.    I and the other similar security guard employees regularly worked more than 40 hours per week for Defendants.

14.    I and these other similar security guard employees worked more than 40 hours per week and were not paid time and one half for our overtime hours.

15.    I know that others like me worked overtime and were not paid overtime by Defendants because I observed the other security guard employees working more than 40 hours in a week and discussed the issue with certain of these other similar security guard employees, who said that they worked more than 40 hours per week and that Defendants did not pay them time and one half their regular hourly rate for their overtime hours and did not pay them even at their regular hourly rate for all the hours that they worked. They

2

all have stated to me that they worked as security guard workers for Defendants and worked more than 40 hours per week and were not paid time and one half for their hours worked over 40 in a workweek.

16.     I repeatedly complained to my supervisor, Ian, about not being paid time and one half for overtime.  He told me that Defendants had a policy not to pay overtime at time and one half to any security guard employees and said that I was not entitled to overtime because I worked for a private company.

17.     Throughout the time period that I worked at Defendants, and, upon information and belief, both before that time and continuing until the present, Defendants have likewise employed other individuals, like myself, in positions as security guard workers.

18.     Such individuals have worked in excess of 10 hours per day and/or 40 hours a week, yet the Defendants have likewise willfully failed to pay them overtime compensation of one and one-half times their regular hourly rate.

Dated: March 14, 2008

_____
CHARLENE JAMES

# EXHIBIT A

# TO

# DECLARATION OF PLAINTIFF CHARLENE JAMES



CO.  FILE  DEPT.  CLOCK NUMBER  040
HGM  008066  001  000001950  1

CITADEL SPECIAL EVENTS SERVICE
34 91ST STREET
BROOKLYN, NY 11209

# Earnings Statement

Period Ending:     04/04/2006
Pay Date:          04/14/2006

**CHARLENE JAMES**
**1115 CLAY AVE #5H**
**BRONX, NY 10456**

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:  3
State:    3
Local:    3

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 103.00 | 1,030.00 | |
| **Gross Pay** | | | **$1,030.00** | 6,291.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -67.95 | 124.87 |
| | Social Security Tax | -63.86 | 390.04 |
| | Medicare Tax | -14.94 | 91.22 |
| | NY State Income Tax | -30.18 | 72.68 |
| | New York Cit Income Tax | -19.46 | 52.86 |
| | NY SUI/SDI Tax | -1.20 | 15.48 |
| | **Net Pay** | **$832.41** | |

Your federal taxable wages this period are
$1,030.00

CO.    FILE    DEPT.    CLOCK    NUMBER    040
HQM    008066    001                    0000002173    1

**Earnings Statement**

Period Ending:    06/19/2006
Pay Date:    06/30/2006

CITADEL SPECIAL EVENTS SERVICE
34 91ST STREET
BROOKLYN, NY 11209

CHARLENE JAMES
1115 CLAY AVE #5H
BRONX, NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:  3
State:  3
Local:  3

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 17.00 | 170.00 | 7,846.00 |
| Gross Pay | | | $170.00 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -10.54 | 486.45 |
| | Medicare Tax | -2.47 | 113.77 |
| | NY SUI/SDI Tax | -0.85 | 20.98 |
| | Federal Income Tax | | 130.10 |
| | NY State Income Tax | | 78.73 |
| | New York Cit Income Tax | | 57.64 |
| | Net Pay | $156.14 | |

Your federal taxable wages this period are $170.00



# Earnings Statement

CO. FILE DEPT. CLOCK NUMBER D40
HGM 008066 001 0000002163 1

CITADEL SPECIAL EVENTS SERVICE
34 91ST STREET
BROOKLYN, NY 11209

Period Ending:    06/23/2006
Pay Date:         06/30/2006

**CHARLENE JAMES**
**1115 CLAY AVE #5H**
**BRONX, NY 10456**

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:   3
State:     3
Local:     3

Social Security Number: XXX-XX-4139

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 53.50 | 535.00 | 7,676.00 |
| **Gross Pay** | | | **$535.00** | |

**Deductions**

| Statutory | this period |
|---|---|
| Federal Income Tax | -5.23 |
| Social Security Tax | -33.17 |
| Medicare Tax | -7.76 |
| NY State Income Tax | -6.05 |
| New York Cit Income Tax | -4.32 |
| NY SUI/SDI Tax | -1.20 |
| **Net Pay** | **$477.27** |

| year to date |
|---|
| 130.10 |
| 475.91 |
| 111.30 |
| 78.73 |
| 57.64 |
| 20.13 |

Your federal taxable wages this period are $535.00







# Earnings Statement

CO.   FILE   DEPT.   CLOCK   NUMBER   040
HGM   008066   001            0000002214   1

Period Ending:   07/07/2006
Pay Date:   07/14/2006

*CITADEL SPECIAL EVENTS SERVICE*
*34 91ST STREET*
*BROOKLYN, NY 11209*

CHARLENE JAMES
1115 CLAY AVE #5H
BRONX, NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:   3
State:   3
Local:   3

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 10.0000 | 46.00 | 460.00 | 8,306.00 |
| Gross Pay | | | $460.00 | |

| Deductions | Statutory | | | |
|------------|-----------|--|--|--|
| | Social Security Tax | -28.52 | | 514.97 |
| | Medicare Tax | -6.67 | | 120.44 |
| | NY State Income Tax | -3.05 | | 81.78 |
| | New York Cit Income Tax | -2.89 | | 60.53 |
| | NY SUI/SDI Tax | -1.20 | | 22.18 |
| | Federal Income Tax | | | 130.10 |
| | Net Pay | $417.67 | | |

Your federal taxable wages this period are $460.00

# Earnings Statement

Period Ending: 07/13/2006
Pay Date: 07/28/2006

CO. FILE DEPT. CLOCK NUMBER 040
HGM 008066 001    0000002254  1

CITADEL SPECIAL EVENTS SERVICE
34 91ST STREET
BROOKLYN, NY 11209

**CHARLENE JAMES**
**1115 CLAY AVE #5H**
**BRONX, NY 10456**

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 3
State: 3
Local: 3

Social Security Number: XXX-XX-4139

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 53.00 | 530.00 | 8,836.00 |
| **Gross Pay** | | | **$530.00** | |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -4.73 | 134.83 |
| Social Security Tax | -32.86 | 547.83 |
| Medicare Tax | -7.68 | 128.12 |
| NY State Income Tax | -5.85 | 87.63 |
| New York Cit Income Tax | -4.22 | 64.75 |
| NY SUI/SDI Tax | -1.20 | 23.38 |
| **Net Pay** | **$473.46** | |

Your federal taxable wages this period are $530.00



**ADP®**

# Earnings Statement

CO.   FILE   DEPT.   CLOCK   NUMBER   040
HGM   008066   001           0000002463   1

CITADEL SPECIAL EVENTS SERVICE
34 91ST STREET
BROOKLYN, NY 11209

Period Ending:   09/15/2006
Pay Date:         09/22/2006

CHARLENE JAMES
1115 CLAY AVE #5H
BRONX, NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 3
State:   3
Local:   3

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 27.00 | 270.00 | 10,411.00 |
| **Gross Pay** | | | **$270.00** | |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | -16.74 | | 645.48 |
| Medicare Tax | -3.92 | | 150.96 |
| NY SUI/SDI Tax | -1.20 | | 29.78 |
| Federal Income Tax | | | 134.83 |
| NY State Income Tax | | | 87.63 |
| New York Cit Income Tax | | | 67.11 |
| **Net Pay** | **$248.14** | | |

Your federal taxable wages this period are $270.00



CO.   FILE      DEPT.   CLOCK  NUMBER   040
HGM   009086  001            0000002570  1

CITADEL SPECIAL EVENTS SERVICE
34 91ST STREET
BROOKLYN, NY 11209

# Earnings Statement

Period Ending:    09/22/2006
Pay Date:         10/06/2006

CHARLENE JAMES
1115 CLAY AVE #5H
BRONX, NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:  3
State:    3
Local:    3

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 62.50 | 625.00 | 11,476.00 |
| **Gross Pay** | | | **$625.00** | |

| Deductions | | this period | year to date |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -14.23 | 149.06 |
| Social Security Tax | | -38.75 | 711.51 |
| Medicare Tax | | -9.06 | 166.40 |
| NY State Income Tax | | -9.65 | 99.53 |
| New York Cit Income Tax | | -6.09 | 75.71 |
| NY SUI/SDI Tax | | -0.22 | 31.20 |
| **Net Pay** | | **$547.00** | |

Your federal taxable wages this period are $625.00

© 2001 ADP, INC.



CO.     FILE     DEPT.     CLOCK     NUMBER     040
5CR     006906  001                 0000226941  1

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  State:    1
  Local:    1

Social Security Number: XXX-XX-4139

# Earnings Statement

Period Ending:     02/03/2007
Pay Date:          02/09/2007

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 12.00 | 120.00 | 1,175.00 |
| Gross Pay | | | $120.00 | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Social Security Tax | -7.44 | 72.85 |
| | Medicare Tax | -1.74 | 17.04 |
| | NY SUI/SDI Tax | -0.60 | 3.90 |
| | Federal Income Tax | | 46.96 |
| | NY State Income Tax | | 10.46 |
| | New York Cit Income Tax | | 7.86 |
| | Net Pay | $110.22 | |

Your federal taxable wages this period are $120.00





# Earnings Statement

Period Ending: 02/07/2007
Pay Date: 02/23/2007

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

CO. FILE DEPT. CLOCK NUMBER 040
5CR 006906 001 0000227049 1

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
State: 1
Local: 1

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 50.00 | 500.00 | 1,675.00 |
| Gross Pay | | | $500.00 | |

| Deductions | this period | year to date |
|---|---|---|
| Statutory | | |
| Federal Income Tax | -26.73 | 67.69 |
| Social Security Tax | -31.00 | 103.85 |
| Medicare Tax | -7.25 | 24.29 |
| NY State Income Tax | -7.73 | 18.19 |
| New York Cit Income Tax | -5.12 | 12.98 |
| NY SUI/SDI Tax | -1.20 | 5.10 |
| Net Pay | $420.97 | |

Your federal taxable wages this period are $500.00

**ADP**®

# Earnings Statement

CO.   FILE   DEPT.   CLOCK   NUMBER   040
5CR   006906   001   0000227249   1

Period Ending:    03/17/2007
Pay Date:         03/23/2007

T & H SECURITY INC.
DB/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:  1
State:    1
Local:    1

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 23.00 | 230.00 | 3,900.00 |
| **Gross Pay** | | | **$230.00** | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Social Security Tax | -14.26 | 241.80 |
| | Medicare Tax | -3.33 | 56.55 |
| | NY SUI/SDI Tax | -1.15 | 11.63 |
| | Federal Income Tax | | 170.63 |
| | NY State Income Tax | | 44.46 |
| | New York Cit Income Tax | | 32.47 |
| | **Net Pay** | **$211.26** | |

Your federal taxable wages this period are $230.00

© 1997 ADP, INC.

# Earnings Statement

| | |
|---|---|
| Period Ending: | 03/19/2007 |
| Pay Date: | 03/23/2007 |

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

CO.   FILE   DEPT.   CLOCK   NUMBER   040
5CR   006906  001                    0000227201  1

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:  1
State:    1
Local:    1

Social Security Number: XXX-XX-4139

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 55.50 | 555.00 | 3,670.00 |
| **Gross Pay** | | | **$555.00** | |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -33.99 | 170.63 |
| Social Security Tax | -34.41 | 227.54 |
| Medicare Tax | -8.05 | 53.22 |
| NY State Income Tax | -9.93 | 44.46 |
| New York Cit Income Tax | -6.28 | 32.47 |
| NY SUI/SDI Tax | -1.20 | 10.48 |
| **Net Pay** | **$461.14** | |

Your federal taxable wages this period are $555.00





**ADP**

# Earnings Statement

CO.  FILE  DEPT.  CLOCK  NUMBER  040
5CR  006906  001          0000227477  1

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

Period Ending:    04/28/2007
Pay Date:          05/04/2007

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:  1
State:    1
Local:    1

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 10.0000 | 96.00 | 800.00 | |
| **Gross Pay** | | | **$800.00** | 5,010.00 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -82.74 | 453.37 |
| | Social Security Tax | -54.56 | 310.62 |
| | Medicare Tax | -12.76 | 72.65 |
| | NY State Income Tax | -25.86 | 70.32 |
| | New York Cit Income Tax | -16.76 | 49.23 |
| | NY SUI/SDI Tax | -1.20 | 13.99 |
| | **Net Pay** | **$606.12** | |

Your federal taxable wages this period are $800.00

COPY   COPY   COPY

**ADP**

# Earnings Statement

CO.   FILE   DEPT.   CLOCK   NUMBER   040
5CR   006906   001          0000227789   1

T & H SECURITY INC.
DBA CITADEL SECURITY AGENCY
P.O. BOX 948
BROOKLYN, NY 11209

Period Ending:   06/22/2007
Pay Date:   06/29/2007

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:   1
State:   1
Local:   1

Social Security Number: XXX-XX-4139

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 7.90 | 75.90 | 599.50 | 7,497.50 |
| Gross Pay | | | $599.50 | 7,497.50 |

## Deductions

**Statutory**

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -75.32 | 465.22 |
| Social Security Tax | -51.59 | 459.27 |
| Medicare Tax | -12.06 | 107.41 |
| NY State Income Tax | -22.93 | 134.76 |
| New York City Income Tax | -14.92 | 91.29 |
| NY SUI/SDI Tax | -1.20 | 12.58 |

| Net Pay | $252.56 | |
|---|---|---|

**Important Notes**
YOUR CHECK HAS BEEN CHANGED FROM 10.000 TO
11.0000.

Your federal taxable wages this period are $830.50.



# Earnings Statement

CO.  FILE    DEPT.   CLOCK  NUMBER  040
SCR  006906  001             0000227815  1

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

Period Ending:   06/29/2007
Pay Date:        07/13/2007

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  State:    1
  Local:    1

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 11.0000 | 50.50 | 555.50 | |
| **Gross Pay** | | | **$555.50** | 7,963.00 |

| Deductions | this period | year to date |
|------------|-------------|--------------|
| **Statutory** | | |
| Federal Income Tax | -34.07 | 499.29 |
| Social Security Tax | -34.44 | 493.71 |
| Medicare Tax | -8.05 | 115.46 |
| NY State Income Tax | -9.95 | 144.71 |
| New York Cit Income Tax | -6.29 | 97.58 |
| NY SUI/SDI Tax | -1.20 | 18.78 |
| **Net Pay** | **$461.50** | |

Your federal taxable wages this period are $555.50

© 1991 ADP, Inc.

# Earnings Statement

CO.    FILE    DEPT.    CLOCK    NUMBER    040
5CR    006906    001              0000227843    2

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

Period Ending:    07/06/2007
Pay Date:        07/13/2007

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
State:   1
Local:   1

Social Security Number: XXX-XX-4139

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 35.00 | 385.00 | 8,436.00 |
| Gross Pay | | | $385.00 | |

| Deductions | this period | year to date |
|---|---|---|
| **Statutory** | | |
| Federal Income Tax | -15.23 | 514.52 |
| Social Security Tax | -29.30 | 523.05 |
| Medicare Tax | -6.86 | 122.32 |
| NY State Income Tax | -3.13 | 147.84 |
| New York City Income Tax | -2.93 | 100.81 |
| NY SUI/SDI Tax | -1.20 | 19.98 |
| **Net Pay** | $326.33 | |

Your federal taxable wages this period are $385.00.





# Earnings Statement

ADP®

| | |
|---|---|
| Period Ending: | 07/12/2007 |
| Pay Date: | 07/27/2007 |

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

CO.  FILE  DEPT.  CLOCK  NUMBER  040
5CR  006906  001              0000227921  1

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:  1
State:    1
Local:    1

Social Security Number: XXX-XX-4139

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 52.50 | 577.50 | 9,013.50 |
| **Gross Pay** | | | **$577.50** | |

**Deductions**

| Statutory | | | |
|---|---|---|---|
| Federal Income Tax | -37.37 | | 561.69 |
| Social Security Tax | -35.81 | | 558.84 |
| Medicare Tax | -8.38 | | 136.70 |
| NY State Income Tax | -10.83 | | 158.67 |
| New York City Income Tax | -6.95 | | 107.47 |
| NY SUI/SDI Tax | -1.20 | | 21.18 |
| **Net Pay** | | | **$476.96** |

Your federal taxable wages this period are $577.50

©1998, 2006 ADP, Inc. All Rights Reserved

◀ TEAR HERE

ADP®

# Earnings Statement

CO.    FILE    DEPT.    CLOCK    NUMBER    040
SCR    006906  001                0000227999  1

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

Period Ending:    07/27/2007
Pay Date:          08/10/2007

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
Federal:  1
State:    1
Local:    1

Social Security Number: XXX-XX-4139

## Earnings

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 49.00 | 539.00 | 9,552.50 |
| **Gross Pay** | | | **$539.00** | |

## Deductions

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | -31.59 | 589.48 |
| Social Security Tax | -33.42 | 592.26 |
| Medicare Tax | -7.81 | 138.51 |
| NY State Income Tax | -9.29 | 167.86 |
| New York City Income Tax | -5.85 | 113.32 |
| NY SUI/SDI Tax | -1.20 | 22.38 |
| **Net Pay** | **$449.84** | |

Your federal taxable wages this period are $539.00

**ADP®**

# Earnings Statement

Period Ending: 07/31/2007
Pay Date: 08/10/2007

CO.   FILE   DEPT.   CLOCK   NUMBER   040
5CR   006906   001   0000228041   1

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
Federal: 1
State: 1
Local: 1

Social Security Number: XXX-XX-4189

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 60.50 | 665.50 | 10,218.00 |
| Gross Pay | | | $665.50 | |

**Deductions**

| Statutory | this period | year to date |
|---|---|---|
| Federal Income Tax | 50.57 | 634.05 |
| Social Security Tax | 41.26 | 633.52 |
| Medicare Tax | 9.65 | 148.16 |
| NY State Income Tax | 14.60 | 186.56 |
| New York City Income Tax | 9.68 | 125.00 |
| NY SUI/SDI Tax | 1.20 | 23.59 |
| Net Pay | $538.54 | |

Your federal taxable wages this period are $665.50



Ewh Childrens
Club
1st
Hall  July 27th
      8-7:30 = 11 hrs

28th  7:15-7:15 pm  12
29th  7:15 - 7:15 - 12
30th  7:15 - 7:15 - 12
31    7-9

Intermezz
Sat 7:30-7:30
Sun 7:30-7:30
mon 7:15-7:00
Tue 7:15-9:00

collective FMK
Sun 7-7
mon 7-7
Tue 7-7
Wed 7-10 | 7:15-8:30
                ← = 13½ hrs
Pier 94          hrs

49½
hrs

(inverted text)
Anyt uo say s:195
thur 7-12 pm 5 hrs
wed 7-7:30 - 11:50
tue 7-7 - 12
mon 7-6:45 - 11:50
sun 7:30-7:30 - 11:50
26th
pay day
french food

Earnings Statement



CO.   FILE   DEPT   CLOCK NUMBER   040
5CR   006906 001          0000228747  1

T & H SECURITY INC.
D/B/A CITADEL SECURITY AGENCY
P.O. BOX 348
BROOKLYN, NY 11209

Period Ending:   01/18/2008
Pay Date:        01/25/2008

CHARLENE JAMES
115 CLAY AVE 5H
BROOKLYN NY 10456

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:  1
  State:    1
  Local:    1

Social Security Number: XXX-XX-XXXX

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 11.0000 | 48.50 | 533.50 | |
| **Gross Pay** | | | **$533.50** | 533.50 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | -29.83 | | 29.83 |
| Social Security Tax | -33.08 | | 33.08 |
| Medicare Tax | -7.74 | | 7.74 |
| NY State Income Tax | -9.07 | | 9.07 |
| New York Cit Income Tax | -5.75 | | 5.75 |
| NY SUI/SDI Tax | -1.20 | | 1.20 |
| **Net Pay** | **$446.83** | | |

Your federal taxable wages this period are $533.50

©1998, 2005. ADP, Inc. All Rights Reserved.

TEAR HERE