UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------X

CHARLENE JAMES,
Individually and on Behalf of All Other
Persons Similarly Situated,

              Plaintiff,

  - against -

T&H SECURITY, INC., CITADEL SPECIAL
EVENTS SERVICES, INC., THOMAS FERRERA,
REIDA FERRERA, TYRONE A. YORIS, and
JOHN DOES #1-10, Jointly and Severally,

              Defendants.

------------------------------------------X

08 Civ. 1457 (RWS)

O R D E R

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 4/30/08*

Sweet, D.J.,

        Plaintiff's Motion for Approval of Collective Action, dated April 21, 2008, will be heard on Wednesday, May 21, 2008, at U.S. Courthouse, 500 Pearl Street, New York, NY, in Courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

        It is so ordered.

New York, NY
April 25, 2008

                                          ROBERT W. SWEET
                                              U.S.D.J.