Arent Fox LLP / New York, NY / Washington, DC / Los Angeles, CA

# Arent Fox

April 29, 2008

VIA FACSIMILE

The Honorable Robert W. Sweet
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

**RECEIVED APR 29 2008 JUDGE SWEET CHAMBERS**

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 4/30/08**

Sonya D. Johnson
Attorney
212.457.5474 DIRECT
212.484.3990 FAX
johnson.sonya@arentfox.com

Reference Number
Client No. 030481-00001

Re:   Charlene James v. T&H Security, Inc., et al.
      08 Civ. 1457 (RWS)(KNF)

Dear Judge Sweet:

This firm represents Defendants T&H Security, Inc., Citadel Special Events Services, Inc., Thomas Ferrara, Rita Ferrara, and Tyrone Yorio in the above-mentioned case. The purpose of this correspondence is to request a one week extension of the initial conference in this case, which is presently scheduled for May 7, 2008. It is requested that this initial conference be adjourned to May 14, 2008.

In addition, please be advised that presently Plaintiffs' Motion for Approval of Collective Action Notice is pending before this Court and the parties have stipulated to a return date of May 14, 2008. In the interest of judicial efficiency, the parties in this case respectfully request that the return date for said motion and the initial conference in this case be held at the same time.

Please be advised that this is the first request for an adjournment and plaintiffs' counsel consents to the one week extension of the initial conference for this case.

Thank you.

Respectfully,

Sonya D. Johnson

So ordered
[signature] USDJ
4.30.08

cc:   William C. Rand, Esq.
      Tyrone Yorio
      Rita Ferrara
      Thomas Ferrara

NYC/380234.1

SMART IN YOUR WORLD®

1675 Broadway
New York, NY 10019-5820
T 212.484.3900  F 212.484.3990

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202.857.6000  F 202.857.6395

445 S. Figueroa Street, Suite 3750
Los Angeles, CA 90071-1601
T 213.629.7400  F 213.629.7401