Sweet, S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
CHARLENE JAMES, Individually and on behalf of
all other persons similarly situated

                  Plaintiffs,

   -against-

T&H SECURITY, INC., CITADEL SPECIAL
EVENTS SERVICES, INC., THOMAS FERRARA,
REIDA FERRARA, TYRONE A. YORIS, and JOHN
DOES #1-10, Jointly and Severally.
                  Defendants.
------------------------------------x



08 Civ. 1457 (RWS)(KNF)

STIPULATION



IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff CHARLENE JAMES, Individually, and on behalf of all other persons similarly situated ("Plaintiff") and Defendants T&H SECURITY INC., CITADEL SPECIAL EVENTS SERVICES, INC., THOMAS FERRARA, RITA FERRARA, TYRONE A. YORIO (together "Defendants"), through their undersigned attorneys, that the Defendants' time to oppose, move, or otherwise respond to Plaintiffs' Motion for Approval of Collective Action Notice in this matter shall be extended for 7 days from May 5, 2008, to and including May 12, 2008 and that the return date on the motion shall be adjourned from May 7, 2008 until May 14, 2008.

Dated: April 28, 2008
       New York, New York

LAW OFFICE OF WILLIAM COUDERT RAND

By: /s/ Wm C. R
William C. Rand (WR /7685)
711 Third Avenue, Suite 1505
New York, New York 10017
(212) 286-1425

ARENT FOX LLP

By: /s/ Sonya D. Johnson
Darrell S. Gay (DSG/6037)
Sonya D. Johnson (SDJ/9509)
1675 Broadway – 34th Floor
New York, New York 10019
212-484-3900
Attorneys for Defendants

So ordered

/s/
U.S.D.J.
5-6-08