UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

James

-v.-

T&H Security, Inc.
------------------------------------------------------------X

08 Civ. 1457 (RWS)

Please be advised that the conference scheduled for 5-14-08 has been rescheduled to 5-28-08 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

SO ORDERED.

Dated: New York, New York
5/13/08

_____
ROBERT W. SWEET
United States District Judge