Arent Fox LLP / New York, NY / Washington, DC / Los Angeles, CA



# Arent Fox

May 12, 2008

VIA FACSIMILE

The Honorable Robert W. Sweet
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08

Sonya D. Johnson
Attorney
212.457.5474 DIRECT
212.484.3990 FAX
johnson.sonya@arentfox.com

Reference Number
Client No. 030481-00001

*So ordered*
*[signature] USDJ*
*5.13.08*

Re:   Charlene James v. T&H Security, Inc., et al.
      08 Civ. 1457 (RWS)(KNF)

Dear Judge Sweet:

This firm represents Defendants T&H Security, Inc., Citadel Special Events Services, Inc., Thomas Ferrara, Rita Ferrara, and Tyrone Yorio in the above-mentioned case. The purpose of this correspondence is to request a two week extension of the initial conference. The parties also request an extension of the oral argument for Plaintiffs' Motion for Approval of Collective Action Notice that is presently pending in this case. Please be advised that an extension is requested for the previously mentioned conferences because the parties in this case are actively engaged in settlement conversations. An adjournment of the court conferences scheduled would permit the parties in this case to continue their discussions to settle this case before engaging in and incurring the costs of further proceedings. Please be advised that the initial conference in this case is presently scheduled for May 14, 2008 and the oral argument of Plaintiffs' Motion for Approval of Collective Action Notice is scheduled for May 21, 2008 before this Court. It is respectfully requested that the initial conference be adjourned to May 28, 2008 and the oral argument for Plaintiffs' Motion for Approval of Collective Action Notice be adjourned to June 11, 2008. However, in the interests of judicial efficiency, it is requested that both the initial court conference and the oral argument date be adjourned to the same date June 11, 2008 during the morning or early afternoon.

Please be advised that this is the first request for an adjournment due to settlement attempts in this case and that plaintiffs' counsel consents to the requested adjournment of court conferences and the extension of time requested in this correspondence. Moreover, the parties have agreed to toll the statute of limitations during the three week adjournment period.

SMART IN YOUR WORLD

1675 Broadway
New York, NY 10019-5820
T 212.484.3900  F 212.484.3990

1050 Connecticut Avenue, NW
Washington, DC 20036-5339
T 202.857.6000  F 202.857.6395

445 S. Figueroa Street, Suite 3750
Los Angeles, CA 90071-1601
T 213.629.7400  F 213.629.7401

The Honorable Robert
W. Sweet
May 12, 2008
Page 2

# Arent Fox

Thank you.

Respectfully,

*Sonya D. Johnson*

Sonya D. Johnson

cc: William C. Rand, Esq.
     Tyrone Yorio
     Rita Ferrara
     Thomas Ferrara

NYC/381950.1