UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
CHARLENE JAMES,                                            :        ECF
Individually and on Behalf of All Other Persons           :        08 Civ. 1457 (RWS)(KNF)
Similarly Situated,                                       :
                                                          :
                    Plaintiffs,                           :
                                                          :
         -against-                                        :
                                                          :
T&H SECURITY, INC., CITADEL SPECIAL                        :
EVENTS SERVICES, INC., THOMAS FERRARA,:
REIDA FERRARA, TYRONE A. YORIS and                        :
JOHN DOES #1-10, Jointly and Severally,                   :
                                                          :
                    Defendants.                           :
-----------------------------------------------------------------X



## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the

above captioned action, through the undersigned counsel, that, in accordance with Rule 41 of the

Federal Rules of Civil Procedure, the action be dismissed, with prejudice and without costs or

attorneys' fees as to Plaintiffs CHARLENE JAMES, JOANN LONG, and EMANUEL BYERS,

and dismissed without prejudice and without costs or attorneys' fees to any party as to the

members of the alleged putative class action and/or collective action other than Plaintiffs

CHARLENE JAMES, JOANN LONG, and EMANUEL BYERS This Stipulation does not

prejudice the rights, if any, of the members of the alleged putative class action and/or collective

action other than CHARLENE JAMES, JOANN LONG, and EMANUEL BYERS. The Court

retains jurisdiction over the enforcement of the Confidential Settlement Agreement and Release.

Dated: June 18 , 2008

_WML. R1_
_____
William C. Rand (WR 7685)
LAW OFFICE OF WILLIAM COUDERT RAND
711 Third Avenue, Suite 1505
New York, New York 10017
(212) 286-1425
Attorneys for Plaintiffs

Dated: ___June 18___ , 2008

_____
Darrell S. Gay
Arent Fox LLP
1675 Broadway
New York, NY 10019-5820
Tel: 212-457-8465
Attorneys for Defendants

Dated: ___June 18___ , 2008

**SO ORDERED.**

Dated: ___6 - 24___ , 2008

_____
United States District Judge

15