# Arent Fox

Arent Fox LLP / New York, NY / Washington, DC / Los Angeles, CA

June 25, 2008

VIA FACSIMILE

Mr. Tsz Chan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 1920
New York, New York 10007

Sonya D. Johnson
Attorney
212-457-5474 DIRECT
212-484-3990 FAX
johnson.sonya@arentfox.com

Reference Number
Client No. 030481-00001

Re: Charlene James v. T&H Security, Inc., et al.
08 Civ. 1457 (RWS)(KNF)

Dear Mr. Chan:

*[handwritten annotation: "The settlement agreement will be sealed. So ordered. Sweet USDJ 7-7-08"]*

This firm represents Defendants T&H Security, Inc., Citadel Special Events Services, Inc., Thomas Ferrara, Rita Ferrara, and Tyrone Yorio in the above-mentioned case. As you know, the parties in the above-mentioned case have agreed to settle the instant action. As stated in your conversation with Darrell S. Gay, please be advised that we request that the court files/documents be sealed for this matter.

If any additional information is needed, please contact Darrell S. Gay or me.

Thank you.

Respectfully,

*[signature]*
Sonya D. Johnson

cc: William C. Rand, Esq.
    Tyrone Yorio
    Rita Ferrara
    Thomas Ferrara

*[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 7/7/08]*